UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAWN MALAJ,

        Plaintiff,

v.                      Case No. 18-cv-467-pp

QUALITY THERAPY & CONSULTATION,
and RENEWAL REHAB, LLC,

        Defendants.

**ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 9), DISMISSING DEFENDANT RENEWAL REHAB, LLC WITH PREJUDICE AND DISMISSING THE CASE WITHOUT PREJUDICE**

On November 30, 2018, the parties filed a joint stipulation of dismissal of defendant Renewal Rehab, LLC and the case. Dkt. No. 9. The court **APPROVES** the stipulation of dismissal. The court **ORDERS** that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) defendant Renewal Rehab, LLC is **DISMISSED with prejudice** and that this case is **DISMISSED without prejudice**.

Dated in Milwaukee, Wisconsin this 11th day of December, 2018.

                                  **BY THE COURT:**

                                  _____
                                  **HON. PAMELA PEPPER**
                                  **United States District Judge**